U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| BOJIDAR D. GABROVSKI,    Plaintiff,<br>v.<br>NAVISTAR FINANCIAL CORP., et al.,<br>                              Defendant. | FILED<br>APRIL 7, 2008           YM<br>08CV1961<br>JUDGE PALLMEYER |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
BOJIDAR D. GABROVSKI    MAGISTRATE JUDGE ASHMAN

| NAME (Type or print) |
|---|
| Jeralyn H. Baran |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Jeralyn H. Baran |
| FIRM |
| Chuhak & Tecson, P.C. |
| STREET ADDRESS |
| 30 S. Wacker Drive, Suite 2600 |
| CITY/STATE/ZIP |
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6204145 | (312) 855-4613 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |