AO 440 (Rev. 05/00) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS



# 08 C 1961

### SUMMONS IN A CIVIL CASE

BOJIDAR D. GABROVSKI,
                Plaintiff,

          V.

NAVISTAR FINANCIAL CORPORATION, a Delaware corporation, now doing business as Navistar International Corporation,    Defendant.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE PALLMEYER**
**MAGISTRATE JUDGE ASHMAN**

TO: (Name and address of Defendant)

Navistar International Corporation
c/o Registered Agent
CT Corporation System
208 S. LaSalle Street, Ste., 814
Chicago, IL 60604

```
000124-1.4.1 04/08/08 14:52
REF CASE    # 08  001961
  1 FOREIGN WRIT         50.00
  1 MILEAGE              10.00
REF SHERIFF # 039693
CASE TOTAL              60.00 *
         TOTAL          60.00 TL
CHECK 1                 60.00
```

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeralyn H. Baran
CHUHAK & TECSON, P.C.
30 S. Wacker Drive, Ste. 2600
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within    **20**    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*/s/ Yvette Montano*
**(By) DEPUTY CLERK**

**April 7, 2008**
Date

```
TYPE LAW            SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS           DISTRICT 010
```

SHERIFF'S NUMBER 039693-001D  CASE NUMBER 08C1961      DEPUTY: STROM 3696-

FILED DT 04-07-2008 RECEIVED DT 04-08-2008 DIE DT 04-23-2008 MULTIPLE SERVICE  1
    DEFENDANT                                       ATTORNEY
NAVISTAR INTERNATIONAL CORPORATION                  CHUHAK & TECSON P.C.(JERALYN H
208 S LA SALLE ST                                   30 S WACKER DR STE 2600
CHICAGO IL. 60604                                   CHICAGO IL. 60606
STE 814
PLAINTIFF BOJIDAR D. GABROVSKI

**FOREIGN**

SERVICE INFORMATION: C/O REGISTERED AGENT CT CORP SYSTEM    UNITED STATES DIST CT

*******************************************************************************
(A)  I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

....1 PERSONAL SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
      NAMED DEFENDANT PERSONALLY.
....2 SUBSTITUTE SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
      AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
      RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
      THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
                DAY OF            20   , IN A SEALED ENVELOPE WITH POSTAGE FULLY
      PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
X     SAID PARTY REFUSED NAME
....3 SERVICE ON:  CORPORATION X COMPANY___ BUSINESS___ PARTNERSHIP___
      BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
      REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.
....4 CERTIFIED MAIL____

(B) THOMAS J. DART, SHERIFF, BY: _____, DEPUTY  3696-

1 SEX  M/F    RACE  W    AGE  60
2 NAME OF DEFENDANT  NAVISTAR INTERNATIONAL CORPORATION
    WRIT SERVED ON _____ D. Schulz  VP
  THIS  14  DAY OF  APR , 2008 TIME  10:00  A.M./P.M.

ADDITIONAL REMARKS _____

*******************************************************************************

THE NAMED DEFENDANT WAS NOT SERVED.

TYPE OF BLDG  _____                    ATTEMPTED SERVICES

NEIGHBORS NAME  _____          DATE        TIME    A.M./P.M.

    ADDRESS  _____            _____   ____:____  ____

        REASON NOT SERVED:                   _____   ____:____  ____
                    07 EMPLOYER REFUSAL
___ 01 MOVED        ___ 08 RETURNED BY ATTY  _____   ____:____  ____
___ 02 NO CONTACT   ___ 09 DECEASED
___ 03 EMPTY LOT    ___ 10 BLDG DEMOLISHED   _____   ____:____  ____
___ 04 NOT LISTED   ___ 11 NO REGISTERED AGT.
___ 05 WRONG ADDRESS ___ 12 OTHER REASONS    _____   ____:____  ____
___ 06 NO SUCH ADDRESS ___ 13 OUT OF COUNTY
                                             _____   ____:____  ____

FEE  .00    MILEAGE  .00   TOTAL  .00                              SG10