UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

BOJIDAR D. GABROVSKI

        Plaintiff,

    v.

NAVISTAR FINANCIAL CORPORATION

        Defendant.

Case No. 08-CV-01961

Judge Pallmeyer

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2008 I electronically filed *Defendant's Answer to Plaintiffs' Complaint* pursuant to Fed. R. Civ. P. 5(a) with the Clerk of Court using the ECF system which will send notification of such filing to counsel for the Plaintiff.

I also hereby certify that I have mailed a courtesy copy to the Honorable Rebecca Pallmeyer's chambers.

June 27, 2008                      Respectfully submitted,

                                      NAVISTAR FINANCIAL CORPORATION

                                      By:    s/Laura A. Lindner
                                                   Its Attorney

Laura A. Lindner
LINDNER & MARSACK. S.C.
225 W. Washington St. – Suite 2200
Chicago, IL 60606
(312) 924-0265
llindner@lindner-marsack.com