IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOJIDAR D. GABROVSKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 08 C 1961 |
| | ) |
| NAVISTAR FINANCIAL CORPORATION, | ) |
| a Delaware corporation, now doing business | ) |
| as Navistar International Corporation, | ) |
| | ) |
| Defendant. | ) |

## REPORT OF PARTIES' PLANNING MEETING

1. **Meeting.** Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on July 1, 2008, telephonically, and was attended by:

   Jeralyn H. Baran for plaintiff
   Laura A. Lindner for defendant

2. **Pre-trial Schedule.** The parties jointly propose to the court the following discovery plan:

   a. Discovery will be needed on the following subjects: Plaintiff's employment and his claims of discrimination and harassment; Defendant's treatment of Plaintiff and others similarly situated; Plaintiff's alleged damages.

   b. Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) to made by July 25, 2008. All discovery to be commenced in time to be completed by December 31, 2008.

   c. Plaintiff anticipates he will need approximately 3-5 depositions, and Defendant anticipates it will need approximately 3-5 depositions.

   d. Reports from retained experts under Rule 26(a)(2) due:

      From Plaintiff by October 17, 2008
      From Defendant by November 21, 2008

   e. Parties should be allowed until July 31, 2008 to join additional parties and to amend the pleadings.

   f. All potentially dispositive motions should be filed by January 30, 2009.

778352\1\18199\33269

- 2 -

    g.    Final pretrial order:  Unless a dispositive motion remains pending, Plaintiff to prepare proposed draft by June 15, 2009; parties to file joint final pretrial order by June 30, 2009.

    h.    The case should be read for trial by July 15, 2009, and at this time is expected to take 4 to 5 days.

3.    **Settlement.**  At least 14 days prior to the Rule 16(b) scheduling conference, plaintiff is directed to make a written settlement demand to defendant.  At least 7 days prior to the scheduling conference defendant is to respond in writing to the plaintiff's settlement demand.

4.    **Consent.**  Parties do not consent unanimously to proceed before a Magistrate Judge.

Dated:  July 1, 2008.

By:   s/Jeralyn H. Baran
One of the Attorneys for Plaintiff
CHUHAK & TECSON, P.C.
30 South Wacker Drive, Suite 2600
Chicago, Illinois 60606
Phone:  (312) 444-9300
Facsimile: (312) 444-9027


By:   s/Laura A. Lindner
Attorney for Defendant
LINDNER & MARSACK, S.C.
411 E. Wisconsin Avenue, Suite 1800
Milwaukee, WI 53202
Phone:  (414) 273-3910
Facsimile:  (414) 273-0522