IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOJIDAR D. GABROVSKI, | ) |
|       Plaintiff, | ) |
| v. | ) No. 08 C 1961 |
| NAVISTAR FINANCIAL CORPORATION, a Delaware corporation, now doing business as Navistar International Corporation, | ) |
|       Defendant. | ) |

## NOTICE OF FILING

TO:    Laura A. Linder
           LINDNER & MARSACK, S.C.
           411 E. Wisconsin Avenue, Suite 1800
           Milwaukee, WI 53202

     PLEASE TAKE NOTICE that on July 1, 2008, we shall file *electronically* with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the attached **Report of Parties' Planning Meeting**, a copy of which is hereby served upon you.

**BOJIDAR D. GABROVSKI**

By:/s Jeralyn H. Baran
         One of his Attorneys

Jeralyn H. Baran
CHUHAK & TECSON, P.C.
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
(312) 444-9300

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that on July 1, 2008, a copy of the foregoing Notice and document referred to above were filed electronically. Notice of this filing will be sent to the parties on the attached Service List by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                               s/ Jeralyn H. Baran