UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

BOJIDAR D. GABROVSKI

       Plaintiff,

    v.

NAVISTAR FINANCIAL CORPORATION

       Defendant.

Case No. 08-CV-01961

Judge Pallmeyer

## NOTICE OF MOTION

TO:    Jeralyn H. Baran
         Chuhak & Tecson, P.C.
         30 S. Wacker Drive – Suite 2600
         Chicago, IL  60606

    PLEASE TAKE NOTICE that on Thursday, September 4, 2008, at 8:45 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Rebecca R. Pallmeyer, or any judge sitting in her stead, located in Courtroom 2119, United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **Agreed Joint Motion for Entry of Agreed Protective Order**, a copy of which is attached and hereby served upon you.

August 28, 2008                Respectfully submitted,

                                      NAVISTAR FINANCIAL CORPORATION

                                      By:    s/Laura A. Lindner
                                                   Its Attorney

Laura A. Lindner
LINDNER & MARSACK. S.C.
225 W. Washington St. – Suite 2200
Chicago, IL  60606
(312) 924-0265
llindner@lindner-marsack.com