UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

BOJIDAR D. GABROVSKI

    Plaintiff,

 v.

NAVISTAR FINANCIAL CORPORATION

    Defendant.

Case No. 08-CV-01961

Judge Pallmeyer

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2008 I electronically filed ***Notice of Motion and Agreed Joint Motion for Entry of Agreed Protective Order*** pursuant to Fed. R. Civ. P. 5(a) with the Clerk of Court using the ECF system which will send notification of such filing to counsel for the Plaintiff.

August 28, 2008    Respectfully submitted,

          NAVISTAR FINANCIAL CORPORATION

          By:  s/Laura A. Lindner
             Its Attorney

Laura A. Lindner
LINDNER & MARSACK. S.C.
225 W. Washington St. – Suite 2200
Chicago, IL  60606
(312) 924-0265
llindner@lindner-marsack.com