

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1961 | **DATE** | 9/2/2008 |
| **CASE TITLE** | Bojidar D. Gabrovski vs. Navistar Financial Corporation | | |

**DOCKET ENTRY TEXT**

Agreed joint motion for entry of agreed protective order [15] granted. Enter Agreed Protective Order. (For further details see separate order.)

■ [ For further detail see separate order(s).]



| | Courtroom Deputy Initials: | ETV |
|---|---|---|